## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MOHAMMED ETAYYEM, *pro se,*

    Plaintiff,

v.                              Case No: 8:12-cv-1672-T-30TGW

BOB GUALTIERI, JAMES ROBERT
MILLER and WALTER D. BONASORO,

    Defendants.

_____

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua* sponte.  A review of the file indicates that Plaintiff has failed to diligently prosecute this action or maintain a valid mailing address for the Court's records.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of August, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-1672 dismissal.docx